7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Robyn Renee' Lambert
*Debtor*

*Bankruptcy Case No.*
11–50252–jwv7

**Bruce E. Strauss , Chapter 7 Trustee**
   Plaintiff(s)

*Adversary Case No.*
12–05020–jwv

v.

**Robyn Renee' Lambert**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the Plaintiff/Trustees Motion for Default Judgment is granted and Defendant/Debtors discharge is hereby REVOKED and DENIED

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
       Deputy Clerk



Date of issuance: 1/14/13

Court to serve